


**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

DAVID STEPHENSON            CIVIL ACTION NO. 5:04CV1168

**VERSUS**                                    **JUDGE WALTER**

**WARDEN, WEST CARROLL DET. CTR**     **MAGISTRATE JUDGE HORNSBY**

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 7 Day of March, 2007.

Donald E. Walter
UNITED STATES DISTRICT JUDGE